Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dummy bottles, capable of holding more than one pint, similar in all material respects to those passed upon in *Park & Tilford Import Corp.* v. *United States* (70 Treas. Dec. 604, T. D. 48621), the claim of the plaintiff was sustained.

**No. 58187.**—The American Import Co. *v.* United States, protest 207827–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 58188.**—Melchers, Inc., and Alfred Richter *v.* United States, protests 619615–G and 591354–G (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of moufflons similar in all material respects to those the subject of Abstract 57768, the claim for free entry under paragraph 1681 was sustained.

**No. 58189.**—Dumont Shipping Co. and Independent Fur Brokers, Inc., et al. *v.* United States, protests 927674–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of moufflons similar in all material respects to those the subject of Abstract 57768, the claim for free entry under paragraph 1681 was sustained.

**No. 58190.**—B. Holman, Inc., et al. *v.* United States, protests 77781–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items marked "M" consist of moufflons the same in all material respects as those the subject of Abstract 57768, the items marked "D" consist of dogskins the same as those the subject of *United States* v. *Arnhold & Co., Inc., et al.* (27 C. C. P. A. 135, C. A. D. 74), and the items marked "G" consist of goatskins the same as those involved in *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.